IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**COBBLER NEVADA, LLC**,

    Plaintiff,

  v.

**JONATHAN RONNE**,

    Defendant.

Case No. 3:15-cv-01230-SB

**ORDER**

**Michael H. Simon, District Judge.**

    United States Magistrate Judge Stacie F. Beckerman issued Findings and Recommendation in this case on October 26, 2016. ECF 44. Judge Beckerman recommended that Plaintiff's motion for default judgment be granted and a default judgment be entered in the amount of statutory damages of $750. No party has filed objections.

    Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

    If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed.");

PAGE 1 – ORDER

*United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review de novo magistrate's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate's findings and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory Committee and reviews Judge Beckerman's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court **ADOPTS** Judge Beckerman's Findings and Recommendation, ECF 44. Plaintiff's motion for default judgment (ECF 35) is GRANTED. A judgment will be entered against Defendant, permanently enjoining him from infringing Plaintiff's rights in the movie *The Cobbler* and awarding $750 in statutory damages.

**IT IS SO ORDERED.**

DATED this 17th day of November, 2016.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge